# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Junaid Patni

                                            Plaintiff,

v.                                                                        Case No.: 1:21−cv−02515
                                                                       Honorable Ronald A. Guzman

Resurgent Capital Services, L.P., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 6, 2022:

       MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff failed to file a jurisdictional supplement properly alleging the basis for and facts supporting the Court's exercise of jurisdiction over the state−law claim; accordingly, the claim is dismissed without prejudice for lack of subject−matter jurisdiction. All claims against all parties having been resolved, the case is dismissed. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.